# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2013

145491 & (87)(93)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALAN N. TAYLOR,
      Defendant-Appellant.

SC: 145491
COA: 295275
Kent CC: 08-011574-AR

_____/

On order of the Court, the motions for miscellaneous relief are GRANTED. The application for leave to appeal the May 22, 2012 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing whether the trial court's jury instructions expanded the definition of "contiguous" beyond the reasonable scope of MCL 324.30301(1)(m)(i) and Mich Admin Code, R 281.921(1)(b)(ii), and, if so, whether that expansion constituted an unforeseeable judicial enlargement of a criminal statute that deprived the defendant of due process.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2013

Clerk

t0430